UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY LOUVIERE, SR. and<br>ANITA LOUVIERE | * <br> * | CIVIL ACTION NO: 06-8019 |
| | * | SECTION: "K" (DUVAL) |
| VERSUS | * <br> * | |
| | * | MAGISTRATE: (1) (SHUSHAN) |
| STATE FARM FIRE AND CASUALTY<br>COMPANY and BRANDON HAYS | * <br> * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The premises considered:

It is **ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss With Prejudice be and same is hereby **GRANTED**.

New Orleans, Louisiana, this 12th day of December, 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge